IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRA INSURANCE COMPANY,

    Plaintiff,

    v.

NEW YORK LIFE INVESTMENT MANAGEMENT, LLC,

    Defendant.

No. C 09-01609 WHA

**ORDER RE NOVEMBER 4 LETTER**

Both sides may take up to twelve fact witness depositions, not ten.

**IT IS SO ORDERED.**

Dated: November 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE