IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRA INSURANCE COMPANY,

    Plaintiff,

v.

NEW YORK LIFE INVESTMENT MANAGEMENT, LLC,

    Defendant.

No. C 09-01609 WHA

**ORDER SETTING HEARING ON PLAINTIFF'S DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's November 24, 2009, letter concerning a discovery dispute and hereby **SETS** a further meet-and-confer from **8:30 – 11:00 A.M. ON DECEMBER 1, 2009**, in the Court's jury room on the 19th floor. Failing resolution, the Court shall hold a hearing at **11:00 A.M.** that same day in Courtroom No. 9. Defendant's response is due by **9:00 A.M. ON NOVEMBER 30**. Please take notice that only those attorneys who personally participate in the further meet-and-confer may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: November 24, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE