IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRA INSURANCE COMPANY, | No. C 09-01609 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING DISCOVERY DISPUTE** |
| NEW YORK LIFE INVESTMENT MANAGEMENT, LLC, | |
| Defendant. / | |

The parties were ordered at the December 1, 2009, discovery dispute hearing to jointly file by noon on December 3, 2009, a proposed order summarizing the resolution of the dispute. That proposed order has not been timely filed. The parties have until **DECEMBER 4, 2009, AT NOON** to file this proposed order.

**IT IS SO ORDERED.**

Dated: December 3, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE