| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Plaintiff Terra Insurance Company ("Plaintiff") filed a letter on November 24, 2009 |
| 3 | seeking further responses to certain discovery requests. Defendant New York Life Investment |
| 4 | Management LLC ("Defendant") filed a response on November 30, 2009. That same date, third |
| 5 | party New York Life Insurance Company submitted an objection to Plaintiff's proposed discovery. |
| 6 | The Court ordered Plaintiff and Defendant to participate in a further meet and confer in |
| 7 | the Court's jury room on December 1, 2009. The parties met and conferred and resolved all |
| 8 | disputes raised in Plaintiff's November 24 letter with the exception of Defendant's response to |
| 9 | Request for Production No. 5 in Plaintiff's second set of document requests. A hearing was |
| 10 | conducted and appearances were noted on the record. |
| 11 | Having read the written submissions and considered the oral arguments of counsel, the |
| 12 | Court denies Plaintiff's request to seek further responses to Document Request No. 5. The primary |
| 13 | issue in dispute is the Quality Tilt program. Defendant has represented that it has produced all |
| 14 | documents it could locate pertaining to the Quality Tilt, with the exception of implementation |
| 15 | documents with respect to which the parties have reached an agreement. Defendant has also |
| 16 | represented that it does not routinely provide advice to New York Life Insurance Company |
| 17 | regarding the allocation of its investments, the economy or market forecasting. The Court finds that |
| 18 | Plaintiff has been promised or received the evidence that is directly related to the issues raised in the |
| 19 | Complaint. This order is without prejudice of Plaintiff's right to seek further production in response |
| 20 | to Request for Production No. 5 if deposition testimony of Defendant or New York Life Insurance |
| 21 | Company witnesses establishes otherwise. |
| 22 | IT IS SO ORDERED. |
| 24 | Dated: December 4, 2009. |



The Honorable William Alsup
United States District Judge

---

1

[PROPOSED] ORDER DENYING PLAINTIFF'S MOTION TO COMPEL FURTHER RESPONSES