IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRA INSURANCE COMPANY,

    Plaintiff,

  v.

NEW YORK LIFE INVESTMENT MANAGEMENT, LLC,

    Defendant.

No. C 09-01609 WHA

**ORDER SETTING HEARING RE PLAINTIFF'S DISCOVERY DISPUTE**

The Court is in receipt of plaintiff's February 16, 2010, letter concerning a discovery dispute and hereby **SETS** a further meet-and-confer from **8:00 – 11:00 A.M. ON FEBRUARY 19, 2010**, in the Court's jury room on the 19th floor. Court will hold a hearing at **11:00 A.M.** that same day in Courtroom No. 9 to hear any unresolved issue(s). Defendant's response is due by **9:00 A.M. ON FEBRUARY 18**.

Please take notice that only those attorneys who personally participate in the further meet-and-confer may be heard at the hearing.

**IT IS SO ORDERED.**

Dated: February 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE