IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRA INSURANCE COMPANY, | No. C 09-01609 WHA |
| Plaintiff, | |
| v. | **ORDER REGARDING UPCOMING DISCOVERY DISPUTE HEARING** |
| NEW YORK LIFE INVESTMENT MANAGEMENT, LLC, | |
| Defendant. | |

The undersigned has received the letter briefs filed by the parties pertaining to tomorrow's discovery dispute and is trying to evaluate the reasonableness of the document requests at issue. To that end, the Court requests that counsel supply the definitions to the terms "Any and All," "Documents," and "Communications," which appear in the attachment to counsel's letter brief but are never defined therein. Please provide these definitions at the time the scheduled meet-and-confer begins tomorrow morning.

**IT IS SO ORDERED.**

Dated: February 18, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE