J. Russell Stedman (117130), rstedman@bargerwolen.com
Travis R. Wall (191662), twall@bargerwolen.com
Peter J. Felsenfeld (260433), pfelsenfeld@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
New York Life Investment Management LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRA INSURANCE COMPANY (A Risk Retention Group), <br><br> Plaintiff, <br><br> v. <br><br> NEW YORK LIFE INVESTMENT MANAGEMENT LLC, <br><br> Defendant. | CASE NO. C 09-01609 WHA <br><br> **[PROPOSED] ORDER GRANTING IN PART PLAINTIFF'S MOTION TO ENFORCE DOCUMENT SUBPOENA** <br><br> Date: February 19, 2010 <br> Time: 11:00 AM <br><br> **Courtroom 9, 19th Floor** <br><br> **The Honorable William Alsup** |

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

[PROPOSED] ORDER GRANTING IN PART PLAINTIFF'S MOTION TO ENFORCE DOCUMENT SUBPOENA

**[PROPOSED] ORDER**

Plaintiff Terra Insurance Company ("Plaintiff") filed a letter on February 16, 2010 seeking compel a further production with respect to a subpoena served on third party New York Life Insurance Company ("New York Life"). New York Life filed a response on February 18, 2010.

The Court ordered Plaintiff and New York Life to participate in a further meet and confer in the Court's jury room on February 19, 2009. The parties met and conferred and resolved all disputes raised in Plaintiff's February 16, 2010 letter with the exception of responses to Requests for Production Nos. 1 to 11 in Plaintiff's subpoena. A hearing was conducted and appearances were noted on the record.

Having read the written submissions and considered the oral arguments of counsel, the Court grants in part Plaintiff's request to seek a further production with respect to Document Request Nos. 1 to 11. These requests seek documents related to the Special Report by Gary Wendlandt, which was published in New York Life's 2007 Annual Report. New York Life is ordered to produce all materials that Mr. Wendlandt used or relied upon in preparing the Special Report. The Court further orders that New York Life must prepare a response to a court-ordered interrogatory that itemizes all responsive documents located in its search. Except as provided above, Plaintiff's motion is denied.

IT IS SO ORDERED.

Dated: February 23, 2010.



1

[PROPOSED] ORDER GRANTING IN PART PLAINTIFF'S MOTION TO ENFORCE DOCUMENT SUBPOENA

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800