J. Russell Stedman (117130), rstedman@bargerwolen.com
Travis R. Wall (191662), twall@bargerwolen.com
Peter J. Felsenfeld (260433), pfelsenfeld@bargerwolen.com
BARGER & WOLEN LLP
650 California Street, 9th Floor
San Francisco, California 94108-2713
Telephone: (415) 434-2800
Facsimile: (415) 434-2533

Attorneys for Defendant
New York Life Investment Management, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| TERRA INSURANCE COMPANY<br>(A Risk Retention Group),<br><br>  Plaintiff,<br><br>  v.<br><br>NEW YORK LIFE IINVESTMENT MANAGEMENT, LLC,<br><br>  Defendant. | CASE NO. CV-09-1609 EMC<br>**ORDER DENYING STIPULATION** <s>STIPULATION AND [PROPOSED] ORDER</s> **EXTENDING TIME TO FILE MOTIONS TO COMPEL WITH RESPECT TO FACT DISCOVERY**<br><br>[Local Rule 6-2]<br><br>The Honorable William Alsup |

---

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108
(415) 434-2800

STIPULATION AND <s>[PROPOSED] ORDER</s> EXTENDING TIME TO FILE MOTIONS TO COMPEL REGARDING
**ORDER DENYING** FACT DISCOVERY

## STIPULATION

Fact discovery closed on February 26, 2010, meaning that March 9, 2010 is the deadline to file motions to compel related to fact discovery. The parties, by and through their counsel of record, stipulate pursuant to Local Rule 6-2 that the deadline to file any motions to compel with respect to fact discovery be extended from March 9, 2010 to March 16, 2010.

The parties will be exchanging additional discovery responses on March 9, 2010. There are no current discovery disputes between the parties, however, the agreed upon stipulation allows the parties to meet and confer in good faith to resolve any disputes without judicial intervention in the event a dispute arises.

This extension of time will not have any effect on any other scheduling deadline in the case.

So Stipulated.

Dated: March 5, 2010　　　　　　　　　　BARGER & WOLEN LLP


By: //s// Travis R. Wall
　　J. RUSSELL STEDMAN
　　TRAVIS R. WALL
　　Attorneys for Defendant
　　New York Life Investment
　　Management LLC

Dated: March 5, 2010　　　　　　　　　　COTCHETT, PITRE & McCARTHY


By: //s// Niki Okcu
　　NIKI OKCU
　　MARK C. MOLUMPHY
　　Attorneys for Plaintiff
　　Terra Insurance Company

## ~~ORDER~~

~~The parties, by and through their counsel of record, stipulate pursuant to Local Rule 6-2 that the deadline to file any motions to compel with respect to fact discovery be extended from March 9, 2010 to March 16, 2010.~~

~~Satisfactory proof having been shown and good cause appearing.~~

-1-

STIPULATION AND [~~PROPOSED~~] ~~ORDER~~ EXTENDING TIME TO FILE MOTIONS TO COMPEL REGARDING
　　　　　ORDER DENYING　　　FACT DISCOVERY

BARGER & WOLEN LLP
650 CALIFORNIA STREET
NINTH FLOOR
SAN FRANCISCO, CA 94108

The parties' request is **DENIED**.

~~PURSUANT TO STIPULATION, IT IS SO ORDERED.~~

Dated: March 8, 2010.

By: _____


-2-
STIPULATION AND ~~[PROPOSED] ORDER~~ ORDER DENYING EXTENDING TIME TO FILE MOTIONS TO COMPEL REGARDING FACT DISCOVERY