FRANK M. PITRE (100077)
fpitre@cpmlegal.com
MARK C. MOLUMPHY (168009)
mmolumphy@cpmlegal.com
NIKI B. OKCU (229345)
nokcu@cpmlegal.com
**COTCHETT, PITRE & McCARTHY**
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Fax: (650) 697-0577

*Attorneys for Plaintiff Terra Insurance Company
(A Risk Retention Group)*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| **TERRA INSURANCE COMPANY (A Risk Retention Group),**<br><br>　　　　　**Plaintiff,**<br><br>　vs.<br><br>**NEW YORK LIFE INVESTMENT MANAGEMENT LLC, and Does 1-10,**<br><br>　　　　　**Defendants.** | Case No. 09-CV-01609-WHA<br><br>**DECLARATION OF NIKI B. OKCU IN SUPPORT OF PLAINTIFF TERRA INSURANCE COMPANY'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT**<br><br>Date:　May 6, 2010<br>Time:　8:00 a.m.<br>Courtroom 9, 19th Floor<br>Honorable William H. Alsup |

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**DECLARATION OF NIKI B. OKCU IN SUPPORT OF PLAINTIFF TERRA INSURANCE COMPANY'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT; Case No. 09-CV-01609-WHA**

I, NIKI B. OKCU, declare:

1. I am an attorney admitted to practice before all courts of the State of California, and am an associate with the law firm of Cotchett, Pitre & McCarthy, attorneys for Plaintiff Terra Insurance Company ("Terra") in this action. I make this declaration in support of Plaintiff Terra's Opposition to Defendant's Motion for Summary Judgment or, in the Alternative, For Partial Summary Judgment. I have personal knowledge of the matters stated below, and if called to testify as a witness, I would and could testify competently to them.

2. Attached hereto as **EXHIBIT 1** is a true and correct copy of an e-mail dated November 23, 2005, from Joan Sabella to David Coduto and Hal Arditti regarding new investment guidelines and fee schedule, bates numbered TERRA 0008201 - 8206.

3. Attached hereto as **EXHIBIT 2** is a true and correct copy of an e-mail dated January 4, 2007, from Gary Wendlandt to Arthur Seter enclosing a memo regarding the Quality Tilt program, bates numbered NYLIC 00014 - 19.

4. Attached hereto as **EXHIBIT 3** is a true and correct copy of an e-mail dated January 8, 2007, from Gary Wendlandt to Arthur Seter enclosing a memo regarding the Quality Tilt program, bates numbered NYLIC 00027 - 34.

5. Attached hereto as **EXHIBIT 4** is a true and correct copy of an e-mail dated January 11, 2007, from Thomas McArdle to numerous recipients, including those at NYLIM, forwarding an e-mail and a memo regarding the Quality Tilt program, bates numbered NYLIM 26637 - 26646.

6. Attached hereto as **EXHIBIT 5** is a true and correct copy of an e-mail chain dated January 17, 2007, between Brian Murdock, President and CEO of NYLIM, Jae Yoon, head of NYLIM's Investment Consulting Group for NYLIM Mutual Funds & Analytical Work, Steve Mandella of NYLIM, and Arthur Seter and Gary Wendlandt, regarding the Quality Tilt program, bates numbered NYLIM 27029 - 27031.

7. Attached hereto as **EXHIBIT 6** is a true and correct copy of David Coduto's handwritten notes from the October 2007 shareholder meeting in Philadelphia, bates numbered TERRA 0008092 - 8098.

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**DECLARATION OF NIKI B. OKCU IN SUPPORT OF PLAINTIFF TERRA INSURANCE COMPANY'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT; Case No. 09-CV-01609-WHA**  1

8.      Attached hereto as **EXHIBIT 7** is a true and correct copy of a New York Life article/publication dated February 2008, titled "New York Life Avoids the Risks, Clients Reap the Rewards."

9.      Attached hereto as **EXHIBIT 8** is a true and correct copy of Terra Insurance Company's Financial Statement for the Years Ended December 31, 2008 and 2007, bates numbered TERRA 0012072 - 12094.

10.     Attached hereto as **EXHIBIT 9** is a true and correct copy of A.M. Best's 2009 Rating Report for Terra Insurance Company, bates numbered AMBT00052 - 00056.

11.     Attached hereto as **EXHIBIT 10** are true and correct copies of excerpts from the deposition transcript of Andrew Sargeant, dated January 15, 2010.

12.     Attached hereto as **EXHIBIT 11** are true and correct copies of excerpts from the deposition transcript of David Coduto, dated October 13, 2009.

13.     Attached hereto as **EXHIBIT 12** are true and correct copies of excerpts from the deposition transcript of Hal Arditti, dated October 14, 2009.

14.     Attached hereto as **EXHIBIT 13** are true and correct copies of excerpts from the deposition transcript of Veda Pai-Panandiker, dated November 12, 2009.

15.     Attached hereto as **EXHIBIT 14** are true and correct copies of excerpts from the deposition transcript of James Withiam, dated November 17, 2009.

16.     Attached hereto as **EXHIBIT 15** are true and correct copies of excerpts from the deposition transcript Thomas McArdle, dated December 8, 2009.

17.     Attached hereto as **EXHIBIT 16** are true and correct copies of excerpts from the deposition transcript of Tony Elavia, dated December 15, 2009.

18.     Attached hereto as **EXHIBIT 17** are true and correct copies of excerpts from the deposition transcript of Tim Dunne, dated January 7, 2010.

19.     Attached hereto as **EXHIBIT 18** are true and correct copies of excerpts from the deposition transcript of Dan Longo, dated January 12, 2010.

20.     Attached hereto as **EXHIBIT 19** are true and correct copies of excerpts from the deposition transcript of Argo Parrello, dated January 13, 2010

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**DECLARATION OF NIKI B. OKCU IN SUPPORT OF PLAINTIFF TERRA INSURANCE COMPANY'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT; Case No. 09-CV-01609-WHA**     2

1   21.   Attached hereto as **EXHIBIT 20** are true and correct copies of excerpts from the deposition transcript of Russell David Charles, dated January 14 and 15, 2010.

22.   Attached hereto as **EXHIBIT 21** are true and correct copies of excerpts from the deposition transcript of Gary DeJidas, dated January 14, 2010.

23.   Attached hereto as **EXHIBIT 22** are true and correct copies of excerpts from the deposition transcript of Gary Wendlandt, dated February 24, 2010.

24.   Attached hereto as **EXHIBIT 23** is a true and correct copy of the Expert Report of John H. Chung, dated February 25, 2010.

25.   Attached hereto as **EXHIBIT 24** is a true and correct copy of the Expert Report of Jane D. Nettesheim, dated February 26, 2010.

26.   Attached hereto as **EXHIBIT 25** is a true and correct copy of Defendant New York Life Investment Management LLC's Response to Plaintiff's First Set of Requests for Admissions, dated March 8, 2010.

27.   Attached hereto as **EXHIBIT 26** is a true and correct copy of the Expert Opposition Report of Jane Nettesheim, dated March 12, 2010.

28.   Attached hereto as **EXHIBIT 27** are true and correct copies of the excerpts from the deposition transcript of John Chung, dated March 30, 2010.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of April 2010, in Burlingame, California.

/s/
NIKI B. OKCU

LAW OFFICES
COTCHETT,
PITRE &
MCCARTHY

**DECLARATION OF NIKI B. OKCU IN SUPPORT OF PLAINTIFF TERRA INSURANCE COMPANY'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT OR, IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT; Case No. 09-CV-01609-WHA**       3