IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRA INSURANCE COMPANY, | No. C 09-01609 WHA |
| Plaintiff, | |
| v. | **ORDER RESCHEDULING FINAL PRETRIAL CONFERENCE AND CONTINUING TRIAL DATE** |
| NEW YORK LIFE INVESTMENT MANAGEMENT, LLC, | |
| Defendant. | |

    The final pretrial conference, currently scheduled for 2:00 p.m on Monday, May 24, 2010, is hereby **RESCHEDULED TO 8:00 A.M.** that same day. Due to an out-of-district assignment, however, the trial date must be continued to **7:30 A.M. ON MONDAY, JUNE 21**. The trial will go dark the following week from June 28 to July 2 and will begin again, if necessary, at 7:30 a.m. on Tuesday, July 6. Counsel should be aware of the possibility that this trial may have to trail a criminal trial also scheduled to begin on June 21.

    **IT IS SO ORDERED.**

Dated: May 19, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE