IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRA INSURANCE COMPANY,

    Plaintiff,

  v.

NEW YORK LIFE INVESTMENT MANAGEMENT, LLC,

    Defendant.
                                /

No. C 09-01609 WHA

**ORDER RE TRIAL**

      The Court has heard a rumor that this case has settled. Counsel should advise the Court immediately if this is true. Be aware that until the case is dismissed, it will be called for trial on Monday (June 21) morning at 7:30 a.m.

      **IT IS SO ORDERED.**

Dated: June 15, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE