IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TERRA INSURANCE COMPANY,

    Plaintiff,

  v.

NEW YORK LIFE INVESTMENT MANAGEMENT, LLC,

    Defendant.
                               /

No. C 09-01609 WHA

**ORDER DISMISSING CASE**

    Pursuant to the stipulated dismissal filed today by the parties, this case is hereby **DISMISSED WITH PREJUDICE. THE CLERK SHALL CLOSE THE FILE**.

    **IT IS SO ORDERED.**

Dated: June 16, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE